UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x          20-mj-13242

UNITED STATES OF AMERICA,                    :          20-Cr-_____ (SHS)  Part 1

           -v-                                  :          ORDER

JOSEPH BELMAR,                               :

           Defendant.               :

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A bail appeal having been held today via teleconference, with defendant, counsel for all parties, and the pretrial services officer participating,

IT IS HEREBY ORDERED that:

1.      The government's request to revoke defendant's bail is denied;

2.      Defendant's bail is continued with the following conditions:

(a)      Strict Pretrial Services supervision;

(b)      Defendant shall surrender all travel documents and make no new applications;

(c)      Travel is restricted to the Southern and Eastern Districts of New York;

(d)      Defendant shall submit to an initial urinalysis test.  If the test is positive, the condition of drug testing and treatment shall be added to the conditions;

(e)      Defendant shall participate in mental health evaluation and treatment as directed by Pretrial Services;

(f)      Home detention with electronic monitoring. The bracelet shall be installed today;

(g)      Defendant may leave his home for employment, with the approval of Pretrial Services;

(h)      Defendant shall refrain from possessing a firearm, weapon, or any destructive devices;

1

        (i)     A personal recognizance bond in the amount of $100,000.00, cosigned by two financially responsible people and defendant's mother;

        (j)     Defendant shall reside in the Bronx with his girlfriend;

        (k)     Defendant shall have absolutely no contact whatsoever with any members of the Sex, Money, Murder gang;

        (l)     All conditions of release shall be met within one week.

Dated: New York, New York
       December 15, 2020

SO ORDERED:

Sidney H. Stein, U.S.D.J.

2